UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| Drywall Tapers and Pointers of Greater New York Local Union 1974, Affiliated with International Union of Allied Painters and Allied Trades, AFL-CIO and Trustees of the Drywall Tapers and Pointers Local Union No. 1974 Benefit Funds,<br>   Petitioners,<br><br>     -against-<br><br>Tiger Contracting Corp. a/k/a Tiger Contracting Corporation,<br><br><br><br>   Respondent. | Index No.: 21-cv-10991 (JSR)<br><br>**JUDGMENT** |

---

  This action having been commenced on December 22, 2021 by the filing of the Summons and Petition, and a copy of the Summons and Petition having been served on the Defendant, Tiger Contracting Corp. a/k/a Tiger Contracting Corporation, on December 31, 2021, via New York's Secretary of State and said Proof of Service having been filed with the Clerk of the Court on January 3, 2022 and the Defendant not having appeared, answered or otherwise moved with respect to the Petition within the time allowed by law, and the time for appearing, answering or otherwise moving having expired it is,

  ORDERED, ADJUDGED AND DECREED: that the Arbitration Award of the Joint Trade Board be confirmed in its entirety; and that that the Plaintiffs have judgment against Defendant in the liquidated amount of $1,108.32, which includes the following: $429.66 in benefits to the Local 1974 Benefit Funds, and $678.66 in wages on behalf of Union member Mario Phifer.

ORDERED, that the Judgment rendered by the Court on this day in favor of the Plaintiffs be entered as a final judgment against Defendant and the Clerk of the Court is directed to enter such judgment forthwith.

Dated: New York, New York
       3/5/, 2022

So Ordered:

_____
Honorable Jed S. Rakoff, U.S.D.J.